IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | No. 19-403 |
| JAMES STROHM | : | |
| | : | |
| | : | |

**ORDER**

This 5th day of March, 2021, it is hereby **ORDERED** that Defendant's Motion for Extension of Time to File Notice of Appeal, ECF 48, is **DENIED**.

         /s/ Gerald Austin McHugh
United States District Judge

1