# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | No. 19-403 |
| | : | |
| v. | : | **CIVIL ACTION** |
| | : | No. 22-474 |
| **JAMES STROHM** | : | |
| | : | |

## ORDER

This 25th day of May, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Vacate, Set Aside, or Correct Sentence, ECF 60, is **DENIED**. No certificate of appealability shall issue.

/s/ Gerald Austin McHugh
United States District Judge